1044

[No. 66056-0-I.    Division One.    March 5, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. TAVORRIS POWELL, *Appellant*.

*Affirmed* by unpublished opinion per Lau, J., concurred in by Becker and Schindler, JJ.

[No. 66124-8-I.    Division One.    March 5, 2012.]

*In the Matter of the Marriage of* RONALD A. KARLSTEN, *Appellant*, and NANSI O. KARLSTEN, *Respondent*.

*Affirmed* by unpublished opinion per Spearman, J., concurred in by Grosse and Cox, JJ.

[No. 66157-4-I.    Division One.    March 5, 2012.]

*In the Matter of the Marriage of* PADMAJA KRISHNA VENI CHILUVURI, *Respondent*, and MURALIDHARA VARMA CHILUVURI, *Appellant*.

*Affirmed* by unpublished opinion per Appelwick, J., concurred in by Ellington and Schindler, JJ.

[No. 66168-0-I.    Division One.    March 5, 2012.]

JOHN WOODFORD MORRISON ET AL., *Appellants*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent*.

*Affirmed in part* and *remanded with instructions* by unpublished opinion per Appelwick, J., concurred in by Becker and Spearman, JJ. Now published at 168 Wn. App. 269.